### MYERS v. KAUFFMANN DEPARTMENT
#### STORES, Inc.
#### No. 8803.

Circuit Court of Appeals, Third Circuit.

Argued June 7, 1945.

Decided June 15, 1945.

Sanford M. Chilcote, of Pittsburgh, Pa. (Dickie, Robinson & McCamey, of Pittsburgh, Pa., on the brief), for appellant.

John H. Sorg, of Pittsburgh, Pa., for appellee.

Before MARTIN and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

In this personal injury action, plaintiff-appellant fell while walking down an escalator in defendant's store. The escalator, at the time, was moving in a downward direction. Plaintiff, wearing high-heeled shoes, made no observation, prior to the accident, of the step on which she claims to have fallen; she made no attempt to use the readily available hand rails; she, herself, testified that had she remained stationary on the escalator, even without holding the rails, nothing would have happened. Her contributory negligence is clear as a matter of law.

The judgment of the District Court is affirmed.